that the plaintiff in error pay to the defendant in error, his costs and charges, in and about his defence in this Court; and it is further ordered, that the proceedings, and judgment of this Court be remitted, &c.

IN ERROR.
.......
ALBANY,
January, 1819.

DUNHAM
v.
BAILEY.

Judgment of affirmance.

————◦❊◦————

DUNHAM *against* BAILEY.

THIS suit, in the Court below, was brought on one of the twelve notes mentioned in the preceding case, made by the defendant, payable to *M. & W. Ward*, or order, and endorsed by them to the plaintiff. The facts were similar to those in the last case, and the judgment of the Supreme Court was, in like manner, affirmed.

VAN VECHTEN, Senator, delivered the opinion of the Court.

THE CHANCELLOR declined giving any opinion, being related to the defendant.

Judgment of affirmance.